Kendall C. WATSON, Plaintiff–
Appellant,

v.

R. WELLS, Officer, Riverside Regional
Jail; C. Jeffries, Food Service Supervi-
sor, Riverside Regional Jail; Darnley
R. Hodge, Superintendent, Riverside
Regional Jail, Defendants–Appellees.

No. 06–6365.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2006.

Decided: Oct. 17, 2006.

Kendall C. Watson, Appellant Pro Se.

Before WILLIAMS, KING, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Kendall C. Watson appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2000) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we deny Watson's mo-
tion to produce court records and trial
transcripts, and we affirm for the reasons
stated by the district court. *Watson v.
Wells,* No. 1:06–cv–00038–JCC (E.D.Va.
Feb. 15, 2006). We dispense with oral

argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*